## R. G. Gould v. The State.

#### No. 7257.  Decided November 28, 1923.

**Forfeiting Appeal Bond—Judgment Nisi—Companion Case.**

Where the facts of the cases are so nearly identical that the legal questions are the same, and the companion cases were affirmed, a similar disposition is made of the present appeal.

Appeal from the District Court of Hardeman. Tried below before the Honorable J. A. Nabers.

Appeal from final forfeiture of appeal bond in the sum of $1,000.00. The opinion states the case.

*O. B. Freeman, Flippen & Miller,* and *Hankins & Magee,* for appellant.

*W. A. Keeling,* Attorney General, and *C. L. Stone,* Assistant Attorney General, for the State

MORROW, Presiding Judge.—The appeal is from a judgment making final the judgment *nisi* forfeiting an appeal bond.

This is a companion case to Gould et al. v. State, No. 7256, reported in 94 Texas Crim. Rep., 18, 252 S. W. Rep., 772, and to Gould et al. v. State, No. 7258, recently decided but not yet reported.

The facts of the cases are so nearly identical that the legal questions are the same. The companion cases were affirmed. Upon the authority of them, a similar disposition is made of the present appeal.

The judgment is affirmed.

*Affirmed.*